# United States Court of Appeals

### For the Eighth Circuit

_____

No. 24-3010

_____

Charles Pointer

*Plaintiff - Appellant*

v.

St. Louis University; Michael J. Kolnic, Dean of Admission Saint Louis
University School of Law

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: March 11, 2025
Filed: March 14, 2025
[Unpublished]

_____

Before SMITH, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Missouri resident Charles Pointer appeals following the district court's[1] dismissal of his action alleging violations of the Age Discrimination Act of 1975 and § 601 of the Civil Rights Act of 1964. After careful consideration of the record and the parties' arguments on appeal, we conclude that the district court properly dismissed Pointer's claims. See Gallagher v. City of Clayton, 699 F.3d 1013, 1016 (8th Cir. 2012) (grant of motion to dismiss is reviewed de novo). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Matthew T. Schelp, United States District Judge for the Eastern District of Missouri.